IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER HARTLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 6:24-cv-06089 ) |
| NEW PRIME, INC. d/b/a PRIME, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by stipulation, the parties hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| **BROWN & WATKINS, LLC** | **SPENCER FANE LLP** |
|---|---|
| By: */s/ C. Jason Brown* | By: */s/ Caleb Phillips* |
| C. Jason Brown, MO 49952 | Kersten L. Holzhueter, MO 62962 |
| Jayson A. Watkins MO 61434 | Caleb Phillips, MO 661480 |
| 301 S. US 169 Hwy | 1000 Walnut, Suite 1400 |
| Gower MO 64454 | Kansas City, MO 64106 |
| Tel: 816-424-1390 | Tel: 816-474-8100 |
| Fax: 816-424-1337 | Fax: 816-474-3216 |
| brown@brownandwatkins.com | kholzhueter@spencerfane.com |
| watkins@brownandwatkins.com | cphillips@spencerfane.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |